UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

"IN ADMIRALTY"

Case No. 06 - 20

JONES BOAT YARD, INC.,

    Plaintiff

v.                                                          CIV-HIGHSMITH

M/V ELIZABETH, her engines,
tackle, and other appurtenances,
in rem, and Elizabeth Marine,
Ltd., a foreign entity,
                                                            / McALILEY

    Defendants
_____/

### VERIFIED COMPLAINT *IN REM*

    Plaintiff, Jones Boat Yard, Inc. ("Jones"), sues Defendants, M/V ELIZABETH, her engines, tackle, and other appurtenances, *in rem*, ("Vessel") and Elizabeth Marine, Ltd. ("Elizabeth Marine") and alleges:

    1. Jones is a corporation incorporated in and under the laws of the State of Florida. At all material times, Jones has done business at 3399 N.W. South River Drive, Miami, Florida.

    2. Vessel is a 1988 Sports fishing vessel manufactured by Feadship. Its port of registry is in the British Virgin Islands and



the vessel is now or will be during the pendency of this action within this District and within the jurisdiction of this Honorable Court.

3. Upon information and belief, Elizabeth Marine is a British Virgin Islands company that has at all material times owned Vessel. It has submitted itself to the jurisdiction of this Court as it has personally or through an agent breached a contract in this State by failing to perform acts required of it under the contract to perform in this State i.e., pay Jones for the necessaries that it had contracted Jones to provide.

4. This is a case of admiralty and maritime jurisdiction, as herein more fully appears, within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, for a judgment and maritime lien pursuant to 46 U.S.C.A. §31342, *et seq* . This Court retains admiralty and maritime jurisdiction pursuant to 28 U.S.C.A. §1333.

5. Jones is engaged, among other things, in the furnishing of supplies and repairs to vessels of all kinds and descriptions.

6. On or about November 24, 2003, there was a fire on Vessel, creating much damage.

7. Vessel was taken to Jones' facility on the Miami River wherein upon the order of Elizabeth Marine as owner or a person authorized by the owner Jones did provide necessaries for purposes

of repairing the damage caused by the fire.

8. Elizabeth Marine agreed to pay Jones for the repairs and other necessaries that were to be performed on Vessel.

9. After receiving partial payments for work performed and necessaries furnished, Jones is owed as of March 31, 2006, the amount of $489,860.39, which amount has not been paid for, although duly demanded.

10. Jones has hired the law firm of Armstrong & Mejer P.A. and has agreed to pay them a reasonable fee for their services.

## COUNT I

Jones reiterates and realleges its allegations contained in paragraph 1 through 10, above, and further states:

11. Pursuant to 46 U.S.C.A. §31342 Jones is entitled to assert and foreclose a maritime lien on Vessel in the amount of $489,860.39.

WHEREFORE, Jones prays that:

A. Process be issued *in rem* according to the practices of this Honorable Court in cases of admiralty and maritime jurisdiction against the Vessel, her engines, tackle, and other appurtenances, and that all persons claiming any right or interest in her be cited to file claim, appear and answer;

B. Plaintiff's claim be adjudged a preferred maritime lien

on said vessel in the amount of $489,860.39;

C. Vessel be condemned or sold to satisfy said lien with interest and costs.

D. Jones be granted such other and further relief as may be just and proper.

## COUNT II

Jones reiterates and realleges its allegations contained in paragraph 1 through 10, above, and further states:

12. Elizabeth Marine contracted Jones to repair the fire damage on Vessel.

13. In fulfillment of its contractual obligations, Jones performed the repairs and received from Elizabeth Marine partial payment.

14. Elizabeth Marine has breached its contract with Jones by failing to pay the balance that is due and owing to date under the contract.

15. All conditions precedent on Jones' part to perform have been complied with.

WHEREFORE, Jones demands judgment for damages against Elizabeth Marine in the principal amount of $489,860.39, together with prejudgment interest, costs and attorney's fees.

**ARMSTRONG & MEJER, P.A.**
**2600 DOUGLAS ROAD, SUITE 1111**

```
                            CORAL GABLES, FLORIDA  33134
                            Tel. (305) 444-3355
                            Fax. (305) 442-4300
                            e-mail: amejer@bbsector.net

                            BY _____
                            ALVARO L. MEJER
                                 Florida Bar 222623
```

STATE OF FLORIDA      )
                      )
COUNTY OF MIAMI-DADE  )

The foregoing instrument was acknowledged before me this 12 day of April, 2006 by JOSE BARED who is President of Jones Boat Yard, Inc. who is personally known to me ~~or who has produced _____ as identification~~ and who did (did not) take an oath.

~~(SEAL)~~

(Signature) _____
~~(Name (printed/typed/stamped))~~
~~Notary Public~~    Jose Bared
~~Serial No.~~

alm\2006\06-3769-002

Alvaro L. Mejer
My Commission DD200076
Expires April 3, 2007

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JONES BOAT YARD, INC.

**DEFENDANTS** 06-209
M/V ELIZABETH, her engines, tackle, etc., and Elizabeth Marine, Ltd.

(b) County of Residence of First Listed Plaintiff: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Foreign
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Armstrong & Mejer, P.A., Suite 1111 2600 Douglas Rd., Coral Gables, FL 33134 Telephone 305-444-3355  Action Arose (Dade County)

Attorneys (If Known)
Dade 06-20962 CV SH/McAliley

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 U.S.C.A. Secs. 31342 et seq.
Brief description of cause:
Foreclosure of maritime lien and breach of contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 04/12/2006
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 938735   AMOUNT $250.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____